

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00021-CR

Ricardo **GUAJARDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 14150-CR
Honorable Enrique Fernandez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Liza A. Rodriguez, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: March 31, 2021

DISMISSED

Appellant's counsel has filed a motion to dismiss this appeal due to appellant's death. The motion is unopposed by appellee. Therefore, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH